**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:  CHAPTER 13

THOMAS R. MILLER-HUGHES
KIARA R. HUGHES  CASE NO. 20-50377

### ORDER ON DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

The Debtors having moved the Court on April 12, 2021, for an order to modify their confirmed plan, and the Court being sufficiently advised, IT IS HEREBY ORDERED, that the Debtor's Motion should be, and hereby is, SUSTAINED; that the Debtor's plan payment shall be suspended for three months, to begin in May, 2021, and the Debtors will file another modification at the end of the suspension period to cure all payments due.

TENDERED BY:

  /s/ Caryn L. Belobraidich
Caryn L. Belobraidich
Bunch & Brock PSC
271 W. Short St. #805
Lexington, KY 40507
Caryn@bunchlaw.com
859-254-5522
Attorney for Debtor

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, May 7, 2021**
(grs)