**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:                                                                                                         CHAPTER 13

THOMAS R. MILLER-HUGHES
KIARA R. HUGHES                                                                          CASE NO. 20-50377

**ORDER APPROVING ADDITIONAL DEBT**

The Debtors have applied to the Court for approval of the debt (after filing a Chapter 13) and no response to said motion having been filed.  IT IS HEREBY ORDERED THAT THE Court approves the application of the above Debtors to incur additional debt in an amount not to exceed **$10,470.00** for the purpose of **purchasing a replacement vehicle**.

The parties agree and it is so Ordered that such additional debt shall not be affected by any Chapter 13 discharge entered in this case.  The Chapter 13 Trustee shall not be responsible for administering this additional debt.

TENDERED BY:

 /s/ Caryn L. Belobraidich
Caryn L. Belobraidich
Bunch & Brock PSC
126 West Maxwell St. #200
Lexington, KY 40508
Caryn@bunchlaw.com
859-254-5522
ATTORNEY FOR DEBTORS

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Saturday, August 14, 2021**
(grs)