**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:  CHAPTER 13

THOMAS R. MILLER-HUGHES
KIARA R. HUGHES  CASE NO. 20-50377

### ORDER ON DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

The Debtors having moved the Court on August 5, 2021, for an order to modify their confirmed plan, and the Court being sufficiently advised, IT IS HEREBY ORDERED, that the Debtor's Motion should be, and hereby is, SUSTAINED; that the Debtors shall be authorized to surrender the 2013 BMW to Expree Credit Union, that the Debtors' plan shall be deemed current as of July 31, 2021 and that the Debtors' plan payment shall be reduced to $470.00 for the remainder of the plan beginning with the August, 2021 payment.

TENDERED BY:

 /s/ Caryn L. Belobraidich
Caryn L. Belobraidich
Bunch & Brock PSC
271 W. Short St. #805
Lexington, KY 40507
Caryn@bunchlaw.com
859-254-5522
Attorney for Debtor

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, August 30, 2021**
(grs)